UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PATRICIA HOLCOMB,<br><br>          Plaintiff,<br><br>   vs.<br><br>CITY OF KALISPELL and<br>   OFFICERS,<br><br>          Defendants. | Case No. CV-24-104-M-KLD<br><br>JUDGMENT IN A CIVIL CASE |

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the City of Kalispell's Motion for Summary Judgment (Doc. 20) is GRANTED, Holcomb's Motion to Compel (Doc. 28) is DENIED, and this case is dismissed.

Dated this 19th day of May, 2026

TYLER P. GILMAN, CLERK


By:   /s/ Hailey Jaksha
       Deputy Clerk